Kathleen L. Wieneke, Bar #011139
Christina Retts, Bar #023798
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Fax: (480) 420-1699
kwieneke@swlfirm.com
cretts@swlfirm.com

Attorneys for Defendant City of Mesa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grady Shaver, surviving father of Daniel Shaver, Deceased; and<br>Norma Shaver, surviving mother of Daniel Shaver<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>City of Mesa, a public entity;<br>Philip Brailsford and Jane Doe Brailsford, husband and wife;<br>Charles Langley and Jane Doe Langley, husband and wife;<br>John and Jane Doe Officers I-X;<br>John and Jane Doe Supervisors I-X;<br>Black Corporations I-X; and<br>White Partnerships I-X<br><br>　　　　　　　　　　　Defendants. | NO. _____<br><br>**DEFENDANT CITY OF MESA'S NOTICE OF REMOVAL** |

　　　Defendant City of Mesa, who has been served with the Complaint referenced below, through counsel and pursuant to 28 U.S.C. § 1441(c), hereby notices the removal of the above-captioned case, Maricopa County Superior Court Cause No. CV2017-090318, from the Superior Court of the State of Arizona, County of Maricopa, and in support thereof assert:

　　　1.　　Plaintiffs Grady Shaver, surviving father of Daniel Shaver, Deceased, and Norma Shaver, surviving mother of Daniel Shaver, has in their Complaint asserted claims

arising under federal and state law. This Court has original jurisdiction of the federal claims asserted by Plaintiffs – arising under 42 U.S.C. § 1983 – and supplemental jurisdiction over the state law claims.

2. Plaintiffs filed their Complaint against Defendant in the Superior Court of the State of Arizona, County of Maricopa under the caption, "*Grady Shaver, surviving father of Daniel Shaver, Deceased; and Norma Shaver, surviving mother of Daniel Shaver v. City of Mesa, a public entity; Philip Brailsford and Jane Doe Brailsford, husband and wife; Charles Langley and Jane Doe Langley, husband and wife; John and Jane Doe Officers I-X; John and Jane Doe Supervisors I-X; Black Corporations I-X; and White Partnerships I-X*," Cause No. CV2017-090318. Plaintiffs filed their Complaint on January 10, 2017. A copy of the Complaint is attached hereto as **Exhibit 1**. Defendant City of Mesa received formal notice of this pleading when a copy of the Complaint along with a Summons was served upon it.

3. This Notice of Removal is being filed within thirty days after initial service of the Complaint and is thereby timely filed under 28 U.S.C. § 1446(b).

4. All Defendants who have been served consent to the removal of this case from the Maricopa County Superior Court to the United States District Court, District of Arizona, Phoenix Division.

6. True and correct copies of all remaining pleadings currently on file with the Maricopa County Superior Court are attached as part of **Exhibit 2**.

7. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit 3**, has been filed in the Arizona Superior Court, County of Maricopa, on behalf of the above-referenced Defendants.

8. Per agreement with Plaintiffs' counsel, Defendant City of Mesa and Defendant Brailsford's responsive pleading will be filed on or before March 24, 2017.

WHEREFORE, Defendant City of Mesa respectfully requests that the above action now pending in the Arizona Superior Court, County of Maricopa, be removed to this Court.

DATED this 9th day of March, 2017

                STRUCK WIENEKE & LOVE, P.L.C.

By   /s/ Christina Retts
      Kathleen L. Wieneke
      Christina Retts
      3100 West Ray Road, Suite 300
      Chandler, Arizona 85226
      Attorneys for Defendant City of Mesa

3304541.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Sven K. Budge: | sbudge@budgelawfirm.com |
| Christina Retts: | cretts@swlfirm.com |
| | lpiasecki@swlfirm.com |
| | swolford@swlfirm.com |
| Kathleen L. Wieneke: | kwieneke@swlfirm.com |
| | kpenny@swlfirm.com |
| | lpiasecki@swlfirm.com |

I hereby certify that on this same date, I served the attached document by electronic mail, on the following:

| | |
|---|---|
| Daniel J. O'Connor, Jr.: | daniel.oconnor@occlaw.com |
| | jen.stgermain@occlaw.com |
| | karen.larson@occlaw.com |
| Justin D. Holm: | justin.holm@occlaw.com |
| | amanda.bennet@occlaw.com |
| James J. Belanger: | jjb@jbelangerlaw.com |

/s/ Christina Retts