**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**CONSENT TO EXERCISE OF JURISDICTION**
**BY UNITED STATES MAGISTRATE JUDGE**

**INSTRUCTIONS TO ALL PARTIES**
**ACTION REQUIRED WITHIN 14 DAYS**

Pursuant to Local Rule of Civil Procedure 3.7(b), all civil cases will be randomly assigned to a U.S. District Court Judge or to a U.S. Magistrate Judge.

When a case is filed and assigned to a U.S. Magistrate Judge, consent forms, for all parties, are stamped with a case number and given to the individual who is filing the case. On these forms, consent may be given to the jurisdiction of the magistrate judge by signing the consent section of the form. If all parties consent, the case will remain with the magistrate judge, pursuant to 28:636(c)(1). These cases are assigned to a magistrate judge for all purposes, including trial and final entry of judgment. Any appeal from a judgment entered by the Magistrate Judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Consent to proceed before a Magistrate Judge is voluntary and no adverse consequences of any kind will be felt by any party or attorney who objects to assignment of a case to the Magistrate Judge.

**The party filing the case is responsible for serving all parties with the consent forms.**

If any party chooses the district judge option, the case will be randomly reassigned to a U.S. District Court Judge. To elect to have the case heard before a U.S. District Court Judge, the District Judge Option section of the form must be completed.

**Each party must file the completed consent form and certificate of service with the court no later than 14 days after entry of appearance or the filing of the Notice of Removal. This document should be filed in paper form only** and a copy must be served by mail or hand delivery upon all parties of record in the case.