1

2

3

4

5

6           **IN THE UNITED STATES DISTRICT COURT**

7            **FOR THE DISTRICT OF ARIZONA**

8

9    Grady Shaver, et al.,                          No. CV-17-00715-PHX-GMS

10                 Plaintiffs,                        **ORDER**

11   v.

12   City of Mesa, et al.,

13                 Defendants.

14

15

16          Having considered Plaintiff's *Ex Parte* Motion for Alternative Service on

17   Defendant Charles Langley (Doc. 11) and good cause appearing,

18          **IT IS ORDERED** granting the Motion.  Plaintiffs shall provide service of process

19   on Defendant Charles Langley by: (1) sending a copy of the Summons, Complaint, and a

20   copy of this Order via first-class mail to Defendant's last known address shown below;

21   (2) sending a copy of the Summons, Complaint, and a copy of this Order via first-class

22   mail to Defendant's attorney's address as shown below; and (3) e-mail a copy of the

23   Summons, Complaint, and a copy of this Order to Defendant's attorney's e-mail address

24   as shown below.

25          Charles Langley

26          2015 S. Rowen

27          Mesa, AZ 85209

28

1      and

2      J. Belanger Law PLLC

3      P.O. Box 447

4      Tempe, AZ 85280

5      jjb@jbelangerlaw.com

6      **IT IS FURTHER ORDERED** that Plaintiffs' shall have 21 days from the date of

7 this Order to complete service of process on the Defendant and file a notice of service.

8      Dated this 20th day of March, 2017.

_____
Honorable G. Murray Snow
United States District Judge