**BUDGE LAW FIRM, PLLC**
1134 E. University Dr., Suite 121
Mesa, AZ 85203
Phone: (480) 246-8050
Fax: (480) 553-8037
E-mail: sbudge@budgelawfirm.com
Sven K. Budge (#030205)

*Attorney for the Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grady Shaver, et al., <br><br> Plaintiffs, <br> v. <br> City of Mesa, et al., <br><br> Defendants. | No. CV-17-715-PHX-GMS <br><br> **NOTICE OF SERVICE RE: ORDER FILED MARCH 20, 2017** |

Notice is hereby given pursuant to the Order of this court filed on March 20, 2017 (Doc No. 14) that Plaintiffs have this date served upon Defendant Charles Langley and his attorney J. Belanger Law PLLC via US Mail and e-mail a true and correct copy of the Summons, Complaint, Cert of Arbitration and a copy of the Court's March 20, 2017 Order (Doc No. 14) in the above-entitled action to the addresses listed below.

- Charles Langley
  2015 S. Rowen
  Mesa, AZ 85209

- J. Belanger Law PLLC
  P.O. Box 447
  Tempe, AZ 85280
  jjb@jbelangerlaw.com

DATED this 21th day of March, 2017.

                                BUDGE LAW FIRM, PLLC

                  By:   /s/ Sven K. Budge
                         Sven K. Budge
                         1134 E. University Dr., Suite 121
                         Mesa, AZ 85203
                         *Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2017 I transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and sent a copy via electronic/U.S. mail to:

Kathleen L. Wieneke
Christina Retts
3100 W. Ray Road, Suite 300 Chandler, Arizona 85226
kwieneke@swlfirm.com
cretts@swlfirm.com
*Attorneys for Defendant City of Mesa*

Daniel O'Connor
Justin D. Holm
O'Connor & Campbell
7955 S. Priest Drive
Tempe, AZ 85284
daniel.oconnor@occlaw.com
justin.holm@occlaw.com
*Attorneys for Defendant Philip Brailsford*

James J, Belanger
J. Belanger Law PLLC
P.O. Box 447
Tempe, AZ 85280
jjb@jbelangerlaw.com
*Attorney for Defendant Charles Langley*


By: /s/ Sven K. Budge